# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Limbaugh, Jr., , Stephen N. | Eastern District of Missouri | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence St., Suite 4000
Cape Girardeau, MO 63703

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | State Historical Society of Missouri |
| 2. | Member, Board of Trustees | McKendree Chapel Memorial Association |
| 3. | Member, Board of Directors | Southeast Missouri Symphony Advisory Board |
| 4. | Member, Board of Directors | Kellerman Foundation |
| 5. | Member, Board of Directors | Missouri Bicentennial Commission |
| 6. | Member, Board of Directors | US Grant Trail Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Missouri Judges ALJ Legislators & Elected Officials Retirement System, Pensions | $109,251.84 |
| 2. | 2020 | Judicial Retirees & Survivors | $69,648.24 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Wells Fargo Advisors, salary and bonuses and deferred compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | Promissary Notes | N |
| 2. | American Express | Credit Card | J |
| 3. | Citi Card | Credit Card | J |
| 4. | Ritz Carlton Visa | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | | | | | | | | | |
| 2. Wells Fargo IRA- MML (H) | | | | | | | | | |
| 3. -Bank Deposit Sweep | A | Interest | N | T | | | | | |
| 4. - Branch Bkg & Tr Co CD | A | Interest | | | Sold | 01/15/20 | L | A | |
| 5. -Texas Capital Bank CD | A | Interest | | | Sold | 06/11/20 | M | A | |
| 6. -Morgan Stanley Bank CD | A | Interest | | | Sold | 12/04/20 | M | A | |
| 7. -DDVIX Delaware Group Eqity Fds II | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 8. -TQMIX - AMG Timessquare Mid Cap Growth Fd Cl I | A | Dividend | J | T | Sold (part) | 03/05/20 | J | A | |
| 9. -ABNFX - American Funds The Bond Fund of America Class F2 | A | Dividend | J | T | | | | | |
| 10. -FTIXX - Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | A | Int./Div. | J | T | | | | | |
| 11. | | | | | Sold (part) | 01/10/20 | J | A | |
| 12. | | | | | Sold (part) | 04/09/20 | J | A | |
| 13. | | | | | Sold (part) | 07/10/20 | J | A | |
| 14. | | | | | Sold (part) | 10/09/20 | J | A | |
| 15. -AGTHX - Growth Fund of America CL A | B | Dividend | M | T | | | | | |
| 16. -GFFFX - American Funds Growth Fund of America CL F2 | A | Dividend | K | T | Sold (part) | 03/05/20 | J | B | |
| 17. -NFFFX - American Funds New World Fund CL F2 | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 19. -WMFFX - American Funds Washington Mutual FD F2 | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 20. -AIVSX - Investment Co America Clas A | B | Dividend | M | T | | | | | |
| 21. -PCBIX - Principal Fds Inc Midcap Fund Instl Class | A | Dividend | J | T | | | | | |
| 22. -AEPFX - American Funds Europacific Growth Fund Class F-2 | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 23. -ODVYX - Invesco Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 24. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 25. -JENIX - Jensen Portfolio Inc Class I SHS | A | Dividend | J | T | Buy (add'l) | 03/05/20 | J | | |
| 26. JVMIX - John Hancock Funds III Disciplined Value Mid Cap Fd CL I | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 27. -PEBIX - Pimco Fds Pac Invt Mgmt Ser Emerging Mkts Bd Fd Instl CL | A | Dividend | J | T | | | | | |
| 28. -PHYZX - PGIM High Yield CL Z | A | Dividend | J | T | | | | | |
| 29. -SMCFX - Smallcap World FD Inc Cl F2 | A | Dividend | J | T | | | | | |
| 30. -HIEMX - Virtus Vontobel Emg Mkts Opprtnties Fd CL I | A | Dividend | | | Sold | 06/16/20 | J | A | |
| 31. -VSOIX - Victory Sycamore Small Co Oppty Fd CL I | A | Dividend | K | T | Buy (add'l) | 3/6/20 | J | | |
| 32. | | | | | Buy (add'l) | 6/16/20 | J | | |
| 33. -RSYEX - Victory RS Small Cap Growth Fd CL Y | A | Dividend | J | T | | | | | |
| 34. -COP - ConocoPhillips | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   GOOG - Alphabet, Inc | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 36.   SPY - SPDR S&P 500 Trust ETF | A | Dividend | L | T | Buy | 03/25/20 | K | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39.   Wells Fargo 401k Plan MML(H) | | | | | | | | | |
| 40.   -Stable Value Fund (See Note 1 , Part VIII) | | None | | | Buy<br>(add'l) | 01/01/20 | J | | |
| 41. | | | | | Sold | 03/31/20 | K | B | |
| 42.   -Wells Fargo ESOP Fund | D | Dividend | M | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 46.   -Target 2025 Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 49. | | | | | | | | | |
| 50.   -Emerging Markets Equity Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Limbaugh, Jr., , Stephen N.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 53.     -International Equity Fund | A | Dividend | K | T | | | | | |
| 54.     -Large Cap Growth Fund | A | Dividend | L | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 57.     -Small Cap Fund | A | Dividend | | | Sold | 03/31/20 | K | | |
| 58.     -International Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 62.     -NASDAQ 100 Fund | A | Dividend | K | T | | | | | |
| 63.     -Russell Small Cap Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 67.     -S&P Mid Cap Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 70. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 71. -S&P 500 Index Fund | A | Dividend | L | T | Buy (add'l) | 04/01/20 | J | | |
| 72. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 73. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 74. WF Performance Award & Deferred Comp Plan-MML (H) | | | | | | | | | |
| 75. -Cert of Deposit -12 mos | A | Interest | M | T | Distributed (part) | 03/31/20 | L | | |
| 76. - S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 77. - State Street Target Date 2035 Fund | A | Dividend | M | T | | | | | |
| 78. | | | | | | | | | |
| 79. 1/7 Int in River Bend Inv.- (See note 2 , part VIII) | | None | M | Q | | | | | |
| 80. | | | | | | | | | |
| 81. Limbaugh Lands, Inc.- (See note 3 , part VIII) | | None | K | U | | | | | |
| 82. | | | | | | | | | |
| 83. Montgomery Bank - | | None | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. Wells Fargo Stock Options (H) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. Wells Fargo Acct-_____ Revocatble Trust _____ Trustees (H) | | | | | | | | | |
| 89. - Wells Fargo Bank- Deposit Sweep Acct | A | Interest | K | T | | | | | |
| 90. -AMZN - Amazon.com Inc | A | Dividend | K | T | | | | | |
| 91. | | | | | Donated (part) | | | | |
| 92. -AMGN - Amgen Inc | A | Dividend | J | T | | | | | |
| 93. -AAPL - Apple Inc | A | Dividend | K | T | | | | | |
| 94. -CAT - Caterpillar Inc | A | Dividend | J | T | | | | | |
| 95. -CI - Cigna Corp New | A | Dividend | J | T | | | | | |
| 96. -DIS Walt Disney Company | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 97. -ISRG - Intuitive Surgical Inc Com New | A | Dividend | J | T | | | | | |
| 98. - JPM - JP Morgan Chase | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 99. -MCD - McDonalds Corp | A | Dividend | K | T | | | | | |
| 100. -MRK - Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 101. -MSFT - Microsoft Inc | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 102. -NKE - Nike Inc Class B | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Donated<br>(part) | | | | |
| 104. -PEP - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 105. -PG - Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 106. -WFC - Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 107. -SBUX - Starbucks Corp | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII- Line 39 through 73
   Quarterly statements were provided.  Actual dates of transactions are not available.

2. Part VII- Line 79:
   The sole asset of River Bend Investments L.L.C. is a rehabbed 11-unit neighborhood apartment building in Cape Girardeau, MO.  Last appraisal was in 2007.

3. Part VII- Line 81:
   Limbaugh Lands, Inc.  owns the 458-acre            homestead farm in Bollinger County, MO.  We own a small undivided interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen N. Limbaugh, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544